# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF __NEVADA__

HUBERT W. DRAW, JR.,

    Plaintiff,

v.

DWIGHT NEVENS, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:15-cv-00503-MMD-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss or, in the alternative, for summary judgment (ECF No. 18) is granted. Plaintiff's claims are dismissed without prejudice based on his failure to exhaust his administrative remedies.

August 9, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk